UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN GILE,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Civil No. 2:21-CV-01427-RAJ<br><br><br><s>PROPOSED</s> ORDER |

　　　Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. Upon remand, the agency will reevaluate the claimant's alleged symptoms; as warranted, reevaluate the claimant's maximum residual functional capacity; obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy, resolving any apparent conflicts between that testimony

and the Dictionary of Occupational Titles; and offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), with a remand to the Commissioner for further administrative proceedings.

DATED this 11th day of March, 2022.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge